

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Micah Loy Vasek,                    * From the 161st District Court
                                      of Ector County
                                      Trial Court No. B-16-0495-CR.

Vs. No. 11-17-00231-CR              * August 30, 2019

The State of Texas,                 * Memorandum Opinion by Stretcher, J.
                                      (Panel consists of: Bailey, C.J.,
                                      Stretcher, J., and Wright, S.C.J., sitting
                                      by assignment)
                                      (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there
is no error in the judgment below.  Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.